## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| VINH HOAN CORPORATION | : | |
| Plaintiff, | : | |
| v. | : | Court No. 24-00077 |
| UNITED STATES OF AMERICA, | : | **SUMMONS** |
| Defendant. | : | |

**TO:** The Attorney General of the United States and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                  /s/ Mario Toscano
                                                  Clerk of the Court

**Name and Standing of Plaintiffs**

1. Plaintiff in this action, Vinh Hoan Corporation, is a producer and exporter of frozen fish fillets (the "subject merchandise") from the Socialist Republic of Vietnam. Plaintiff is therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A). As a party who actively participated in the U.S. Department of Commerce's 2021-2022 administrative review, which resulted in the contested determination, Plaintiff has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

**Brief Description of Contested Determination**

2. Plaintiff contests the U.S. Department of Commerce's Final Results of the 2021-2022 Administrative Review in *Certain Frozen Fish Fillets from the Socialist Republic of Vietnam*. These results are reviewable pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(1) & (B)(iii), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in the Federal Register of the Final Results of the administrative review, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i).

**Date of Review Determination**

3. The contested final results were issued by the U.S. Department of Commerce on March 14, 2024.

**Date of Publication of Notice of Contested Determination**

4. Notice of the U.S. Department of Commerce's Final Results of the 2021-2022 Administrative Review in *Certain Frozen Fish Fillets from the Socialist Republic of Vietnam* was published in the Federal Register at 89 Fed. Reg. 18595 (Mar. 14, 2024).

_____
Matthew J. McConkey

MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
mmcconkey@mayerbrown.com
+1 202-263-3000
*Counsel to Vinh Hoan Corporation*

Dated:  April 10, 2024

## SERVICE OF SUMMONS BY THE CLERK

This action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended. This action is thus commenced by filing a summons, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Office of Chief Counsel for Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Ave., NW, Room 3627
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Room 1874
Washington, DC 20230

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0001

## NOTICE TO INTERESTED PARTIES

I, Matthew J. McConkey, certify that on April 10, 2024, pursuant to CIT Rule 3(f), I notified the interested parties listed below, who were party to the decision being contested, by mailing copies of the foregoing Summons by certified mail, return receipt requested.

Jonthan M. Freed, Esq.
Trade Pacific PLLC
700 Pennsylvania Avenue SE
Suite 500
Washington, DC 20003

Robert L. LaFrankie, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595

Donald B. Cameron, Esq.
Morris, Manning & Martin LLP
1401 I Street NW
Suite 600
Washington, DC 20005

Andrew B. Schroth, Esq.
Grunfeld Desiderio Lebowitz Silverman Klestadt LLP
1201 New York Avenue NW
Suite 650
Washington, DC 20005

Nazak Nikakhtar, Esq.
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036

Craig A. Lewis, Esq.
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004

Camelia Mazard
Doyle, Barlow & Mazard PLLC
1825 K St NW
Suite 950
Washington, DC 20006