UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| VINH HOAN CORPORATION | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 24-00077 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Rules of this Court, Plaintiff Vinh Hoan Corporation hereby dismisses this action without prejudice.

Dated: May 2, 2024

_____
Matthew J. McConkey
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3235

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VINH HOAN CORPORATION | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Court No. 24-00077 |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER OF DISMISSAL

This action, having been voluntarily dismissed by Plaintiff Vinh Hoan Corporation, is dismissed, with each party to bear its own costs and fees.

Dated: _____

                                              Clerk, U.S. Court of International Trade

                                              By: _____
                                                       Clerk