## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VINH HOAN CORPORATION | : |
| Plaintiff, | : |
| v. | : Court No. 24-00077 |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## ORDER OF DISMISSAL

This action, having been voluntarily dismissed by Plaintiff Vinh Hoan Corporation, is dismissed, with each party to bear its own costs and fees.

Dated: May 2, 2024

Clerk, U.S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk